# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JACK BARRY PETERSEN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 0:20-cv-01686-JRT-TNL |
| | ) |
| JEFFREY C. MACK, et al., | ) |
| | ) |
| Defendants, | ) |

## JOINT STIPULATION EXTENDING THE DEADLINE FOR DEFENDANTS JEFFREY C. MACK, LAWRENCE BLANEY, BRYAN D. MEIER, MICHAEL J. HANSON, DARIN P. MCAREAVEY, JAMES J. SPENCER AND ROBIN S. O'CONNELL TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs and Defendants Jeffrey C. Mack, Lawrence Blaney, Bryan D. Meier, Michael J. Hanson, Darin P. McAreavey, by and through their undersigned counsel, and James J. Spencer and Robin S. O'Connell, *pro* se, stipulate and agree to extend the deadline to answer or otherwise respond to Plaintiffs' Complaint from May 28, 2021 until July 27, 2021.

Respectfully Submitted,

**HELLMUTH & JOHNSON, PLLC**

Dated: May 26, 2021       By: s/ *Anne T. Regan*
　　　　　　　　　　　　　　　Anne T. Regan (MN ID #0333852)
　　　　　　　　　　　　　　　8050 W. 78th Street
　　　　　　　　　　　　　　　Edina, MN  55439
　　　　　　　　　　　　　　　(952) 941-4005
　　　　　　　　　　　　　　　aregan@hjlawfirm.com

**POTOMAC LAW GROUP, PLLC**

Susan V. Metcalfe (PA ID #85703)
1300 Pennsylvania Avenue Northwest
Suite 700
Washington, DC  20004
(717) 951-5653
smetcalfe@potomaclaw.com

**ATTORNEYS FOR PLAINTIFFS**

**MADEL PA**

Dated: May 26, 2021                By:   *s/ Christopher W. Madel*
                                    Christopher W. Madel (MN ID #230297)
                                    Mack H. Reed (MN ID #398703)
                                    800 Hennepin Avenue
                                    Suite 800
                                    Minneapolis, MN 55403
                                    (612) 605-0630
                                    cmadel@madellaw.com
                                    mreed@madellaw.com

                                    **ATTORNEYS FOR DEFENDANT
                                    JEFFREY C. MACK**

**LARSON KING, LLP**

Dated: May 26, 2021       By:  *s/ Michael J. Steinlage*
Michael J. Steinlage (MN ID #241143)
Kelly A. Lelo (MN ID #330838)
2800 Wells Fargo Place
30 East South Street
Suite 2800
St. Paul, MN 55101
(651)312-6500
msteinlage@larsonking.com
klelo@larsonking.com

**ATTORNEYS FOR DEFENDANT LAWRENCE C. BLANEY**

**MASLON LLP**

Dated: May 26, 2021       By: *s/ R. Christopher Sur*
R. Christopher Sur (MN ID#251586)
3300 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402-4140
(612) 672-8200
chris.sur@maslon.com

**ATTORNEY FOR DEFENDANTS BRYAN D. MEIER AND DARIN P. MCAREAVEY**

## STINSON LLP

Dated: May 26, 2021        By: _s/ Timothy P. Griffin_
Timothy P. Griffin (MN ID #0285717)
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-1500
timothy.griffin@stinson.com

**ATTORNEY FOR DEFENDANT MICHAEL J. HANSON**

Dated: May 26, 2021        _s/ James J. Spencer_
James J. Spencer, *pro se*

Dated: May 26, 2021        _s/ Robin S. O'Connell_
Robin S. O'Connell, *pro se*