# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JACK BARRY PETERSEN, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 0:20-cv-01686-JRT-TNL |
| JEFFREY C. MACK, et al., | ) |
| Defendants, | ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for Voluntary Dismissal (the "Motion"), it is hereby:

**ORDERED**, that Plaintiffs' Unopposed Motion for Voluntary Dismissal is **GRANTED.**

It is so Ordered this _____ day of _____, 2021

_____
The Honorable John R. Tunheim
Chief Judge, United States District Court
District of Minnesota