**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| JACK BARRY PETERSEN, ET AL., | CIVIL NO.  20-CV-1686 (JRT/TNL) |
| PLAINTIFFS, | |
| V. | **ORDER** |
| JEFFREY C. MACK, ET AL., | |
| DEFENDANTS. | |

---

TO:   Plaintiffs and Plaintiffs' attorneys: Anne T. Regan, Hellmuth & Johnson, 8050 West 78th Street, Edina, MN 55439; and Susan V. Metcalfe, Potomac Law Group, 1300 Pennsylvania Avenue, Northwest, Suite 700, Washington, DC 20004.

Defendants and Defendant's attorneys: Mack H. Reed, Madel PA, 800 Hennepin Avenue, Suite 800, Minneapolis, MN 55403; Kelly A. Lelo and Michael J. Steinlage, Larson King, LLP, 30 East Seventh Street, Suite 2800, St. Paul, MN 55101; R. Christopher Sur, Maslon LLP, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402; Timothy P. Griffin, Stinson LLP, Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402.

On August 18, 2021, a Motion to Dismiss (ECF No. 72) was filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: August 19, 2021

 *s/Tony N. Leung*  
Magistrate Judge Tony N. Leung  
United States District Court
