UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

JACK BARRY PETERSON, et al,

        Plaintiffs,

v.

JEFFREY C. MACK, et al.,

        Defendants.

Civil No: 20-1686 (JRT/TNL)

**ORDER FOR DISMISSAL**

_____

    Anne T Regan, **HELLMUTH & JOHNSON,** 8050 West 78th Street, Edina, MN 55439, Susan V. Metcalfe, **POTOMAC LAW GROUP,** 1300 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004, for plaintiffs.

    Mack H Reed, Christopher Madel, **MADEL PA,** 800 Hennepin Avenue, Suite 800, Minneapolis, MN 55403, for defendant Jeffrey C. Mack.

    Kelly A Lelo, Michael J Steinlage, **LARSON KING, LLP,** 30 East 7th Street, Suite 2800, St Paul, MN 55101-4922, for defendant Lawrence C. Blaney.

    R Christopher Sur, **MASLON LLP,** 90 South 7th Street, Suite 3300, Minneapolis, MN 55402, for defendants Bryan D. Meier and Darin P. McAreavey.

    Timothy P Griffin, **STINSON LLP,** 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, for defendant Michael J. Hanson

    Plaintiffs filed an Unopposed Motion for Voluntary Dismissal on 08/18/2021.

[ECF No. 72]

2

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for Voluntary Dismissal is **GRANTED**.

Dated:  August 23, 2021
at Minneapolis, Minnesota

               _____s/John R. Tunheim_____
                   JOHN R. TUNHEIM
                     Chief Judge
                 United States District Court